FILED

JUL 2 1 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) **5:26 CR 00335** |
| | ) |
| v. | ) CASE NO._____ |
| | ) Title 21, United States Code, |
| DAVAI WOODSON, | ) Sections 841(a)(1) and (b)(1)(A)(viii) |
| | ) |
| Defendant. | ) |
| | ) |

**JUDGE BRENNAN**

COUNT 1
(Distribution of Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

1. On or about April 15, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAVAI WOODSON knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant DAVAI WOODSON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the

result of the violation charged herein; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2